IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL G. HAYES, | No. C 12-02964 RS |
|         Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| PATRICK P. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES, | |
|         Defendant. _____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 15, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

The parties are hereby REFERRED to the ADR Department for a discussion of their settlement options.

    2.    DISCOVERY.

On or before June 7, 2013 discovery related to claim construction shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per side; (b) twenty-five (25) interrogatories per side, including all discrete subparts; (c) a reasonable

1  number of requests for production of documents or for inspection per side; and (d) a reasonable
2  number of requests for admission per side.

3     3.  EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and
4  opinions shall proceed as follows:

5     A.  On or before June 21, 2013, parties will designate experts in accordance with
6  Federal Rule of Civil Procedure 26(a)(2).

7     B.  On or before July 5, 2013, parties will designate their supplemental and rebuttal
8  experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

9     C.  On or before July 26, 2013, all discovery of expert witnesses pursuant to Federal
10 Rule of Civil Procedure 26(b)(4) shall be completed.

11    4.  FURTHER CASE MANAGEMENT CONFERENCE. A Further Case
12 Management Conference shall be held on **June 6, 2013 at 10:00 a.m.** in Courtroom 3, 17th
13 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The
14 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

15    5.  PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
16 Civil Local Rule 7.  All pretrial motions shall be heard on **August 22, 2013 at 1:30 p.m.**, in
17 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
18 California.

19    6.  PRETRIAL CONFERENCE.  The final pretrial conference will be held on
20 **September 26, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450
21 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the
22 case shall attend personally.

23    7.  TRIAL DATE.   A jury trial shall commence on **October 7, 2013 at 9:00 a.m.**, in
24 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
25 California.

26
27
28

CASE MANAGEMENT SCHEDULING ORDER

2

IT IS SO ORDERED.

DATED:   11/15/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER