MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    Fax: (415) 436-6748
    Rebecca. falk@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL G. HAYES, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES, <br><br> Defendant. | CASE NO. C 12-02964 WHO <br><br> **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

1  On October 1, 2013, in light of the lapse of federal appropriations to the Department of Justice, Defendant Patrick R. Donahoe, Postmaster General of the United States ("Federal Defendant") moved this Court for an order continuing the hearing on Defendant's pending motion for summary judgment and case management conference, which is scheduled for October 9, 2013, at 2:00 p.m.  Good cause appearing, Defendant's motion is hereby GRANTED.

The hearing on Federal Defendant's motion for summary judgment and the upcoming Case Management Conference are hereby STAYED and shall be CONTINUED until a date after the shutdown of the federal government has ended and relevant appropriations to the Department of Justice have been restored, at which point the parties shall meet and confer and advise the Court via stipulation of the earliest post-shutdown hearing date when all parties are available to attend a hearing on Defendant's pending motion and a Case Management Conference.

IT IS SO ORDERED.

DATED: October 1, 2013

HON. WILLIAM ORRICK
United States District Judge

ORDER GRANTING MOTION TO CONTINUE HEARING                                                                                         - 1 -
Case No. C 12-02964 WHO