MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CSBN 152348)
Chief, Civil Division

REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    Fax: (415) 436-6748
    rebecca.falk@usdoj.gov

Attorneys for Defendants

Michael G. Hayes
P.O. Box 885433
San Francisco, CA  94188

Plaintiff, *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL G. HAYES,<br><br>       Plaintiff,<br><br>  v.<br><br>PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES,<br><br>       Defendant. | Case No.  12-02964 WHO<br><br>**JOINT STIPULATION AND ORDER SETTING DATE FOR HEARING ON MOTION FOR SUMMARY JUDGMENT** |

1	Subject to the approval of the Court, Plaintiff Michael G. Hayes ("Plaintiff") and Federal Defendant Patrick R. Donahoe, Postmaster General of the United States ("Defendant"), by and through his counsel of record, hereby stipulate and agree as follows:

	1.	On August 28, 2013 Defendant filed a Motion for Summary Judgment.  Dkt. No. 34.  On September 16, 2013, Plaintiff filed his Opposition.  Dkt. No. 36.  Defendant filed a Reply on September 23, 2013.  Dkt. No. 38.  The motion was set for hearing on October 9, 2013.  A Case Management Conference was scheduled for the same day.  Dkt. No. 35.

	2.	On October 1, 2013, in light of the lapse of federal appropriations to the Department of Justice, Defendant moved this court for an order continuing this hearing on Defendant's pending Motion for Summary Judgment and Case Management Conference.  Dkt. No. 40.  On the same day, this Court granted Defendant's motion.  Dkt. No. 42.

	3.	Pursuant to this Court's Order, the parties have met and conferred and hereby advise the Court that they are available for a hearing on Defendant's pending Motion for Summary Judgment and Case Management Conference on November 20, 2013.  A Joint Case Management Statement will be filed by the parties on or before November 13, 2013.

Dated:  October 18, 2013	Respectfully Submitted,

	MELINDA HAAG
	United States Attorney

	     /s/ Rebecca A. Falk
	REBECCA A. FALK
	Assistant United States Attorney

Dated: October ___, 2013

	MICHAEL G. HAYES
	Plaintiff, Pro Se


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: October 22, 2013

	HONORABLE WILLIAM ORRICK
	United States District Judge

JOINT STIPULATION SETTING DATE FOR HEARING ON MSJ
No. 12-02964 WHO