United States District Court
Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7   MICHAEL G. HAYES,                         Case No.   12-cv-02964-WHO

              Plaintiff,

8

9         v.                                  **ORDER GRANTING STIPULATION TO
                                              CONTINUE CASE MANAGEMENT
                                              CONFERENCE**
10  PATRICK DONAHOE,

              Defendant.                      Re: Dkt. No. 61

11

12

13       Per the agreement of the parties, the case management conference set for April 29, 2014, is

14  continued to **May 20, 2014 at 2:00 p.m.** to allow the completion of a further settlement

15  conference before Judge Beeler.

16       **IT IS SO ORDERED**.

17  Dated: April 28, 2014



18  _____

19  WILLIAM H. ORRICK
    United States District Judge

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL G. HAYES,

                Plaintiff,

   v.

PATRICK R. DONAHOE,

                Defendant.

                                    /

Case Number: CV12-02964 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Michael G. Hayes
P.O. Box 885433
San Francisco, CA 94188-5433

Dated: April 28, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk